### JEAN PUJOL and others *v.* FRANÇOIS CORREJOLLES.

No appeal will lie from a claim for three hundred dollars, with interest, where the interest, being *ex mora*, began to run only from judicial demand. Const., art. 4, sect. 2. C. P. 91.

APPEAL from the Commercial Court of New Orleans, *Watts*, J.
*R. Hunt*, for the plaintiffs.
*Barthe*, for the appellant.

MORPHY, J. In this suit, which is on an account for work and labor done, and materials furnished, in repairing the steamboat Pontchartrain, the petitioner claims $300, with interest, and costs of suit. The interest claimed being *ex mora*, accrued only since the judicial demand. It is, therefore, clear, that the claim was

one not exceeding $300 at the institution of the suit: no appeal can therefore lie. Constitution, art. 4, sect. 2. Code of Practice, art. 91.

*Appeal dismissed.*